UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CR-393 - D-3

| | |
|---|---|
| UNITED STATES OF AMERICA )   ) | |
| v. ) ) | **ORDER TO SEAL** **[DOCKET ENTRY NUMBER 62]** |
| WILLIAM RUSSELL DAVIS, ) ) | |
| Defendant. ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 62 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the 25 day of April, 2022.

James C. Dever III
United States District Judge